Dismissed and Memorandum Opinion filed December 11, 2003









Dismissed and Memorandum Opinion filed December 11,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS. 14-03-01142-CR;

         14-03-01143-CR;

         14-03-01144-CR;

        14-03-01145-CR

____________

 

JOSE LUIS RAMIREZ JR.,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
185th District Court

Harris County, Texas

Trial Court Cause Nos. 941,890;
954,562; 954,563 & 954,564

 



 

M E M O R A N D U M  
O P I N I O N

Appellant entered a guilty plea to four counts of aggravated
sexual assault of a child.  In accordance
with the terms of plea bargain agreements with the State, the trial court
sentenced appellant on September 24, 2003, to confinement in the Texas
Department of Criminal Justice, Institutional Division for 8 years.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered certifications of the defendant=s right to appeal in which the court
certified that these are plea bargain cases, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 11, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler.

Do Not Publish C Tex. R. App. P. 47.2(b).